Sunil Shah (SBN: 150679)
Sunil Shah Law Offices
722 E Lincoln Ave.
Orange, California 92865.
Tel. (714) 921-1809
Fax (714) 921-0880
E-mail: agsunillaw@gmail.com
Attorney For Petitioner, Claudia Maya Singh, As Successor Trustee of The Richard S. Singh
Living Trust U/A Dated October 18, 2022.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA,

## COUNTY OF ORANGE PROBATE DIVISION

Claudia Maya Singh, As Successor Trustee of The Richard S. Singh Living Trust U/A Dated October 18, 2022

        Petitioner,

        v.

Preet Paris Sethi, an Individual, and Does 1–20, Inclusive,

        Respondents

CASE NO:

**COMPLAINT FOR:**
**1. FRAUD**
**2. BREACH OF CONTRACT**
**3. CONVERSION**
**4. ELDER FINANCIAL ABUSE (WELFARE & INSTITUTIONS CODE § 15610 ET SEQ.)**
**5. CONSTRUCTIVE TRUST**
**6. MONEY HAD AND RECEIVED**
**7. UNJUST ENRICHMENT**
**8. BREACH OF FIDUCIARY DUTY**
**DEMAND FOR JURY TRIAL**

Date:
Time:
Dept.:

**Assigned to:**

## INTRODUCTION

This case arises from Defendant's fraudulent and exploitative conduct against her elderly uncle, Richard S. Singh, culminating in the unlawful misappropriation of over $183,000 in proceeds from the sale of a jointly owned property. While Mr. Singh was hospitalized and preparing for open-heart surgery, Defendant induced him to sign away proceeds from the sale of their jointly

owned home based on false assurances. Defendant never honored the agreement, and retained

nearly all sale proceeds for her own benefit.

## PARTIES

1. Plaintiff, CLAUDIA MAYA SINGH, is the duly acting Successor Trustee of the RICHARD S. SINGH LIVING TRUST U/A dated October 18, 2022 (the "Trust"), with its principal place of administration in Orange County, California. See Declaration and Certification of Trust as Exhibit "A" incorporated herein by reference.

2. Defendant, PREET PARIS SETHI (also known as Paris Sathi), is an individual currently residing in Baltimore, Maryland, and is subject to personal jurisdiction in California under the long-arm statute due to her tortious acts committed in the state and her financial dealings with a California resident.

3. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as Does 1–20, inclusive, are presently unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named Defendants is legally responsible in some manner for the events and damages alleged herein.

## JURISDICTION AND VENUE

4. This Court has diversity jurisdiction under 28 U.S.C. § 1332(a), as Plaintiff is a resident of California, Defendant is a resident of Maryland, and the amount in controversy exceeds $75,000.

5. Venue is proper in the Central District of California under 28 U.S.C. § 1391(b) because substantial parts of the events or omissions giving rise to the claim occurred in this

district, including the inducement and execution of documents while Richard S. Singh

was hospitalized in Orange County.

**FACTUAL ALLEGATIONS**

6.  In 2018, Defendant and Richard S. Singh jointly purchased real property located at 3220

N. 10th Street, Ocean Springs, Mississippi, for $172,000, agreeing to a 50/50 ownership

split. See counter offer for purchase of property and an email regarding closing attached

as Exhibit "B" incorporated herein by reference.

7.  Defendant contributed $30,000, while Mr. Singh contributed $142,000, thus conferring

on him a pro rata ownership interest of 86%, and Defendant 14%. See copy of contract

between Defendant and Mr. Singh attached as Exhibit "C" and a cashier's check from

Mr. Singh for payment of the property attached as Exhibit "D" incorporated herein by

reference. Contract between Mr. Singh and Defendant provides for attorney's fees and

cost awarded to prevailing party.

8.  Subsequently, Defendant obtained a $50,000 loan against the property for her personal

use, without the knowledge or benefit to Mr. Singh.

9.  In September 2022, while Mr. Singh was hospitalized in Los Angeles, California for

open-heart surgery, Defendant sent a notary to his hospital room, and induced him to sign

sales documents on the false assurance that she would divide the net proceeds

proportionally. See Allocation of Gross Proceeds Form, she had Mr. Singh sign as

Exhibit "E" incorporated herein by reference.

10. The sale closed and $183,780 in net proceeds were wired into Defendant's account, see

settlement statement from sale of the property attached as Exhibit "F" incorporated herein

by reference. She never transferred Mr. Singh's 86% share, nor did she honor any aspect

of their agreement.

11. However, Plaintiff is informed and believes that the property was sold for $317,187, as reflected on the Property Listing History and Property Detail Report attached as Exhibit "G", while escrow documents show a sale for only $250,000. This discrepancy of approximately $67,187 has never been accounted for. Defendant's concealment of the true sale price, and her diversion of these funds, constitutes not only fraud but also a breach of her fiduciary duty owed to Mr. Singh.

12. Plaintiff is informed and believes that Defendant used these funds for personal benefit, including alleged payment of student loans and real estate purchases.

13. Defendant ignored written demands from Mr. Singh and after his passing on 07/26/2024 has made only minimal, irregular payments that do not reflect the agreed-upon division. To the best of my knowledge, only 2 $500 dollar payments in January and February of 2025, and no payments since then.

## FIRST CAUSE OF ACTION: FRAUD

14. Plaintiff re-alleges paragraphs 1–13.

15. Defendant intentionally misrepresented to Mr. Singh that she would divide the sale proceeds in proportion to the parties' investment.

16. Defendant knew the representations were false when made and intended to induce reliance.

17. Mr. Singh justifiably relied on her representations and executed the sale documents.

18. As a proximate result, Plaintiff was damaged in excess of $183,780 and including but not limited to other damages subject to poof,  plus interest and punitive damages.

## SECOND CAUSE OF ACTION: BREACH OF CONTRACT

19. Plaintiff re-alleges paragraphs 1–18.

20. Defendant and Mr. Singh entered into a valid oral agreement regarding proportional ownership and division of sale proceeds.

21. Defendant materially breached the agreement by retaining the proceeds.

22. Plaintiff is entitled to compensatory damages of at least $183,780 and including but not limited to other damages subject to poof, plus interest.

### THIRD CAUSE OF ACTION: CONVERSION

23. Plaintiff re-alleges paragraphs 1–22.

24. Defendant wrongfully exercised dominion and control over Mr. Singh's funds.

25. Plaintiff demands the return of Trust funds with prejudgment interest.

### FOURTH CAUSE OF ACTION: ELDER FINANCIAL ABUSE

### (Cal. Welfare & Institutions Code § 15610.30 et seq.)

26. Plaintiff re-alleges and incorporates paragraphs 1–25.

27. Mr. Singh was 77 years old at the time of the incident.

28. Defendant took, appropriated, and retained property belonging to a vulnerable elder by means of undue influence and fraud. In addition to that Defendant used Mr. Singh's credit cards, bank accounts, and other personal expenses; the extent of which is being investigated, and will update.

29. Plaintiff is entitled to all civil remedies under the Elder Abuse Act, including treble damages, attorney's fees, and punitive damages.

### FIFTH CAUSE OF ACTION: CONSTRUCTIVE TRUST

30. Plaintiff re-alleges and incorporates paragraphs 1–29.

31. Plaintiff seeks imposition of a constructive trust over all funds and property traceable to the misappropriated proceeds.

**SIXTH CAUSE OF ACTION: MONEY HAD AND RECEIVED**

32. Plaintiff re-alleges and incorporates paragraphs 1–31.

33. Within the last four years, Defendant became indebted to Plaintiff and/or to the Richard S. Singh Living Trust in the sum of at least $183,780, or in an amount according to proof at trial, for money had and received by Defendant for the use and benefit of Plaintiff.

34. Said funds were received by Defendant with the understanding and agreement that she would remit the proportional share of the proceeds, based on each party's contribution to the property purchase.

35. Defendant has failed and refused, and continues to fail and refuse, to repay the money received, despite due demand.

36. As a result, Plaintiff has suffered damages in an amount to be determined at trial, but not less than $183,780.

**SEVENTH CAUSE OF ACTION: UNJUST ENRICHMENT**

37. Plaintiff re-alleges and incorporates paragraphs 1–36.

38. Defendant has been unjustly enriched by retaining proceeds from the sale of jointly owned property that, in equity and good conscience, belonged predominantly to Richard S. Singh based on his 86% contribution to the purchase price.

39. Further, escrow funds were used to pay off Defendant's personal student loan debt in the amount of approximately $50,000, without Mr. Singh's consent or benefit, and to Plaintiff's detriment.

40. It would be inequitable and unjust to allow Defendant to retain the benefit of funds that rightfully belong to the Plaintiff or the Trust.

41. Plaintiff is entitled to restitution in an amount to be proven at trial, including but not limited to $183,780 in sale proceeds, plus any other benefits wrongfully retained by Defendant.

**EIGHTH CAUSE OF ACTION: BREACH OF FIDUCIARY DUTY**

42. Plaintiff re-alleges and incorporates paragraphs 1–41 as though fully set forth herein.

43. Defendant stood in a fiduciary relationship with Mr. Singh, arising from their co-ownership of the property, her handling of escrow documents, and the trust reposed in her while Mr. Singh was incapacitated in the hospital.

44. By misrepresenting the true sale price, concealing material facts regarding the escrow and Grant Deed, and diverting at least $67,187 in unaccounted funds, Defendant breached her fiduciary duties of honesty, loyalty, and fair dealing.

45. As a proximate result of Defendant's breaches, Plaintiff has suffered damages including, but not limited to, the loss of at least $67,187 in unaccounted funds, $183,780 in diverted sale proceeds, plus interest, attorney's fees, and punitive damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant and Does 1–20, inclusive, as follows:

1. For compensatory damages in an amount to be proven at trial, but no less than $193,004.42;

2. For recovery of the $67,187 in unaccounted sale proceeds;

3. For prejudgment and post-judgment interest;

4. For treble damages under the Elder Abuse Act;

5. For punitive and exemplary damages;

6. For imposition of a constructive trust;

7.  For reasonable attorney's fees and costs of suit;

8.  For such other relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

**LAW OFFICES OF SUNIL SHAH**


Dated: 09/11/2025                                By: _*Sunil Shah*_____

Sunil Shah, Esq., Attorney for Plaintiff
Claudia Maya Singh, Successor Trustee of
The Richard S. Singh Living Trust

# EXHIBIT "A"

# DECLARATION OF TRUST

I, **RICHARD S. SINGH**, hereby declare that all assets of every kind and description and wheresoever situated which I presently own (regardless of the means by which acquired and/or the record title in which held; including, by way of illustration and not limitation, all real property, investments, bank accounts, etc.), other than any Individual Retirement Accounts or other type of plan which is tax deferred under the Internal Revenue Code of 1986, are transferred to and the same shall be owned by:

## THE RICHARD S. SINGH LIVING TRUST,

being a revocable living trust, which exists under a certain trust agreement created by me concurrently herewith.

The foregoing declaration and transfer shall apply even though "record" ownership or title, in some instances, may, presently or in the future, be registered in my respective individual name, in which event such record ownership shall hereafter be deemed held in trust even though such trusteeship remains undisclosed. This declaration may be terminated by me by written notice to the Trustee of the above-mentioned trust.

Executed on October 18, 2022, in Orange County, California.

**RICHARD S. SINGH**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On October 18, 2022, before me, Yvonne Flores, a Notary Public, personally appeared RICHARD S. SINGH, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public Signature

YVONNE FLORES
COMM. # 2409160
NOTARY PUBLIC · CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JULY 21, 2026

Notary Public Seal

# CERTIFICATION OF TRUST

TO: ALL FINANCIAL INSTITUTIONS, MUTUAL FUND ADMINISTRATORS, TITLE INSURERS, TRANSFER AGENTS, AND OTHER PERSONS AND INSTITUTIONS

The undersigned desires to confirm the establishment of a revocable living trust named THE RICHARD S. SINGH LIVING TRUST (hereinafter referred to as the "Trust"). The following provisions are found in said Trust and may be relied upon as a full statement of the matters covered by such provisions by any one dealing with the original Trustee or his successors.

## *CREATION OF TRUST*

The Trust was created concurrently herewith by a Trust Agreement executed by the undersigned as Settlor and Trustee, for the benefit of the undersigned during his lifetime and thereafter for the benefit of other successor beneficiaries in interest.

## *NAME OF TRUST*

The name of the Trust is THE RICHARD S. SINGH LIVING TRUST. Any assets held in the name of the Trust should be titled in substantially the following manner: RICHARD S. SINGH, as Trustee of THE RICHARD S. SINGH LIVING TRUST, U/A dated October ____, 202__.

## *TRUSTEE*

The currently acting Trustee of the Trust is RICHARD S. SINGH. If he should cease to act as the Trustee for any reason, he shall be succeeded by KHUSHWANT SEAN SINGH, CLAUDIA MAYA SINGH, and JASJIT (GLORY) SOOD as successor co-Trustees. If a co-Trustee fails to qualify or ceases to act, the other co-Trustees or co-Trustee shall continue to act.

While co-Trustees are acting, the signatures of all co-Trustees shall be required to conduct business with respect to property and/or assets held or owned by the Trust.

## *REVOCABILITY OF TRUST*

The Trust is revocable. The person holding the power to revoke or amend the Trust is RICHARD S. SINGH.

## *TAXPAYER IDENTIFICATION NUMBER*

The Trust uses the Social Security number of the Settlor as its Taxpayer Identification Number. No separate tax identification number is required while this Trust is revocable and the Settlor is acting as a Trustee.

## *ADDRESS OF THE TRUST*

The Trust uses the address of the Settlor/Trustee as its location. This address is currently 14910-A Stacy Street, Ocean Springs, California 39565.

## *TRUSTEE AUTHORITY*

(1)     Subject to state law, a Trustee may appoint an Attorney-in-Fact ("Power of Attorney") and delegate to such agent the exercise of all or any of the powers conferred upon a Trustee.

(2)     No purchaser from or other person dealing with a Trustee shall be responsible for the application of any purchase money or thing of value paid or delivered to such Trustee, but the receipt by a Trustee shall be a full discharge; and no purchaser or other person dealing with a Trustee and no issuer, or transfer agent, or other agent of any issuer of any securities to which any dealings with a Trustee should relate, shall be under any obligation to ascertain or inquire into the power of such Trustee to purchase, sell, exchange, transfer, mortgage, pledge, lease, distribute or otherwise in any manner dispose of or deal with any security or any other property held by such Trustee or comprised in the trust fund.

(3)     The certification of a Trustee and/or the agent of a Trustee that such person is acting according to the terms of the Trust shall fully protect all persons dealing with such Trustee and/or agent. Any person may rely upon the certification of any Trustee as to the matters which are not contained in this Certification of Trust, including a further enumeration of the Trustee's powers.

A person who acts in reliance on this Certification of Trust without knowledge that the representations contained in this Certification of Trust are incorrect is not liable to any person for so acting and may assume without inquiry the existence of the facts contained in this Certification. Knowledge of the terms of the Trust may not be inferred solely from the fact that a copy of all or part of the trust instrument is held by the person relying on the certification. A person who in good faith enters into a transaction in reliance on this Certification of Trust may enforce the transaction against the trust property as if the representations contained in this Certification of Trust were correct.

## *TRUSTEE'S POWERS*

The Trustee shall have, in general, the power to do and perform any and all acts and things in relation to the trust fund in the same manner and to the same extent as an individual might or could do with respect to his or her own property including the power to buy, sell, hold, transfer, convey, or exercise any ownership rights in any asset for the Trust by executing any appropriate document, or by an oral demand to buy or sell a security; to maintain, deposit or to withdraw from any bank, brokerage or mutual fund account (including margin accounts), and to sign checks or drafts on any such account; to purchase or exercise rights in any life insurance or annuity contracts; and to borrow and pledge any Trust asset as security. In addition to the above, the Trustee shall have all of the powers, of the California Code (as though such powers were set forth herein).

## *ADMINISTRATIVE PROVISIONS*

(1)     The Trust shall be administered according to, of the California Code of, except as shall be specifically modified therein.

(2)     The Trust has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certification of Trust to be incorrect.

(3)     This Certification of Trust is a true and accurate statement of the matters referred to herein concerning the Trust.

(4)     This Certification of Trust has been signed by the currently acting sole Trustee of the Trust.

(5)     Reproductions of this executed original (with reproduced signatures) shall be deemed to be original counterparts of this Certification of Trust and any person who is in possession of a photocopy of this executed Certification may, in good faith, rely upon the information it contains and shall not be liable to the Settlor, any Trustee or beneficiary for reliance upon the information herein contained.

(6)     No person shall have received notice of any event upon which the use of this Certification of Trust depends unless said notice is in writing and until the notice is delivered to said person.

IN WITNESS WHEREOF, the undersigned declares under penalty of perjury that the foregoing is true and correct and that he has executed this Certificate of Trust on this ⎿8 day of October ⎿8 , 202⎿ , in Orange County, California.

**RICHARD S. SINGH**
Settlor-Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF ORANGE

On October 18, 2022, before me, Yvonne Flores ———, a Notary Public, personally appeared RICHARD S. SINGH, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

YVONNE FLORES
COMM. # 2409160
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JULY 21, 2026

Notary Public Seal

# EXHIBIT "B"

## SELLER'S COUNTER OFFER # ____

provided as a courtesy to the parties only. It is not required to be used in this transaction and may not fit the needs, goals and purposes of the parties. **The Mississippi** of REALTORS® makes no statement or warranty as to this form, its contents or use, and the parties, by their use of this form, acknowledge said facts **and agree that** the Mississippi Association of REALTORS® nor any member thereof shall be liable to any party or person for its contents or use. If any party to this transaction does not understand it, or has any question, the party should seek advice from a competent legal professional before signing.

The offer to purchase the real property commonly known as: _3220 N 16th Street Ocean springs MS 39564_

made by and between _Preet Paris Sethi and Richard Sukhwant_ Buyer(s)
and _Maples home Builders_ Seller(s)
dated _3-N-18_ , is not acceptable in its present form but the following counter offer is hereby submitted:

8 _＊ purchase price to be 176,900_

10 _＊ home inspection repairs not to exceed $250_

12 _＊ builder is already addressing standing in yard_

13 _____

14 _____

15 _____

16 _____

17 **OTHER TERMS:** All other terms shall remain the same.

18 **EXPIRATION:** This counter offer shall expire unless a copy thereof with Buyer's written acceptance is delivered to Seller or its
19 agent by: _3-10-18_ (date).

20 Signed this the ____ day of _3/16/2018 | 14:26 pm cpr_ , ____ , at _____ ☐ a.m. ☐ p.m., and a copy hereof received:

21 SELLER _MHB_ _____    SELLER _____

22 A copy of this Counter Offer # ____ has been received this the ____ day of _____ , at ____ ☐ a.m. ☐ p.m.

23 BUYER _____    BUYER _____

24 The foregoing Counter Offer # ____ is accepted this the ____ day of _____ , ____ , at ____ ☐ a.m.
25 ☐ p.m., and a copy hereof received:

26 BUYER _____    BUYER _____

27 A copy of this *acceptance* has been received this the ____ day of _____ , at ____ ☐ a.m. ☐ p.m.

28 SELLER _____    SELLER _____

29 The Buyers have countered this Counter Offer subject to the terms of the attached Buyer's Counter Offer # ____ this the ____
30 day of _____ , at ____ ☐ a.m. ☐ p.m., and a copy hereof received:

31 BUYER _____    BUYER _____

32 The Buyers have rejected this Counter Offer and make no counter offer this the ____ day of _____ , at
33 ____ ☐ a.m. ☐ p.m., and a copy hereof received:

34 BUYER _____    BUYER _____

35 A copy of this *rejection* has been received this ____ day of _____ , at ____ ☐ a.m. ☐ p.m.

36 SELLER _____    SELLER _____

Copyright ©2010 by Mississippi Association of REALTORS®
F14 Seller's Counter Offer                                      Rev Date 1/2010

 Gmail

**Richard Singh <richardssingh@gmail.com>**

---

# Closing Friday
1 message

---

**Robin Noel** <robin@moranrealtyco.com>                                        Tue, Apr 10, 2018 at 11:11 AM
To: Paris Sethi <parissethi@yahoo.com>, Richard Singh <richardssingh@gmail.com>

Hi Guys'

The closing is set for 10am this Friday, 4/13 at 10am. The address is:

Pilger Title

1406 Bienville Blvd. Suite 101


Mr. Richard, when would you like to do the walk through? We could meet before the closing Friday or Thursday afternoon. Let me know which is better for you.

Robin



Robin Noel
Moran Realty Co.
712 Washington Ave.
Ocean Springs, MS 39564
228-875-5464
cell 504-813-2384

# EXHIBIT "C"

# PARTNERSHIP AGREEMENT

**Between**

**Preet Paris Sethi**

**And**

**Richard Sukhwant Singh**



**PARTNERSHIP AGREEMENT**

This AGREEMENT of PARTNERSHIP is made as of April 7,2018 by and between the undersigned Partners. Preet Paris Sethi is First Party and Richard Sukhwant Singh is Second Party.

**PURPOSE**

The purpose of this agreement is to provide First Party a cash loan to purchase residential property at 3220 N 10th St. Ocean Springs 39564 with closing date of home purchase of residential property, herein know as the "Property" on Friday April 13, 2018.

Both First Party and Second Party will be listed as owners on Title of said residential property.

**CAPITAL CONTRIBUTIONS**

Home purchase price is $172,000. The purchase of the home will be paid in full in cash at the time of closing on 4/13/2018. The initial distribution of the purchase of home is First Party pays $30,000 and Second Party pays $142,000.

First Party Initial Contribution: $30,000 or 17.4%

Second Party Initial Contribution: $142,000 or 82.6%

**TERMS**

Within six months or by October 13, 2018, First Party will pay equal partnership of home of 50% or a sum of $56,000.

Within six months to one year or by April 13, 2019, First Party will refinance the residential property and First Party to pay remainder of funds to Second party of $86,000. Second Party name on property will be removed from Title at this time and full ownership of property is then in First Party's name.

After three months of the closing date of Property, or July 13, 2018, First Party pays Second Party interest on Second Party's share of investment.

After twelve months this Partnership will become permanent based on investment of each Partner.

**TITLE**

The Title to the Property will be held by Preet Paris Sethi and Richard Sukhwant Singh.



Partnership Agreement 3220 N 10th St Ocean Springs 39564                    Page 2

Parties may change titled from above to Preet Paris Sethi as her separate and sole property for purpose of recording only. However, it will not change the ownership of Second Party Richard Sukhwant Singh.

At six months to one year, full titled will change to First Party upon payment by First Party to Second Party of all funds originally invested by Second Party. Second Party will then have name removed from Title and have no ownership to said Property.

## MANAGEMENT

Except as otherwise determined, all day to day decisions shall be made by the First Partner. All expenses, insurance, taxes, utilities, and other expenses and daily running of the said Property is the responsibility of the First Party. The First Party is living in the said Property as her primary residence.

## TAXES

First Party will be entitled to claim full deductions on her tax returns for all interest payments such as mortgage Interest, Real Estate Taxes, or any other expenses.

## SHARING OF PROFITS OR LOSSES

First Party will not sell or rent said Property during the duration of Partnership.

## TERMINATION OF PARTNERSHIP

The Partnership may be terminated when First Party makes all payments as said to Second Party within or before twelve months or by April 13, 2019.

## DEATH OR INCAPACITY OF A PARTNER

In the event of the death or incapacity of a Partner the Property shall be sold and money distributed according to the partners will or laws that govern the death. The Partnership will be terminated at the time the property has been sold and all monies have been appropriately distributed as laid out in the Partnership.

## FORBIDDEN ACTS

No Partner shall:



- Have the right or authority to bind or obligate the Partnership to any extent whatsoever with regard to any matter outside the scope of the Partnership purpose.

Partnership Agreement 3220 N 10th St Ocean Springs 39564                    Page 3

- Except as provided in this agreement, without the unanimous consent of all Partners, assign, transfer, pledge, mortgage, or sell all or part of his or her interest in the Partnership to any other Partner or other person whomsoever, or enter into any agreement as the result of which any person or persons not a Partner shall become interested in the Partnership.
- Purchase an investment for the Partnership where the Partners have not discussed or confirmed in writing or email.
- Use the Partnership, credit, or property for other than Partnership purposes.
- Do any detrimental to the interests of the Partnership or any act that would make it impossible to carry on the business or affairs of the Partnership.

This Agreement of Partnership shall be binding upon the respective heirs, executors, administrators, and personal representatives of th Partners.

The Partners have caused this Agreement of Partnership to be executed on the dates indicated below, effective as of the date indicated above.

This Agreement is prepared by Preet Paris Sethi, niece of Richard Sukhwant Singh. Each Party is advised to seek their independent legal counsel and parties have either received such advise or are knowingly waiving it.

If one part of Agreement is held invalid does not invalidate their remaining agreement.

The prevailing party will be entitled to reasonable attorney fees and costs.

| Partner (Printed Name) | Partner (Signature) | Date Signed |
| --- | --- | --- |
| Preet Paris Sethi | *(signature)* | 4/9/2018 |
| Richard Sukhwant Singh | *(signature)* | 4/9/2018 |



Partnership Agreement 3220 N 10th St Ocean Springs 39564                    Page 4

Scanned with CamScanner

# EXHIBIT "D"

| 0067202 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

# CASHIER'S CHECK

SERIAL #:  6720201174
ACCOUNT#:  4861-509347

Remitter:        **RICHARD S SINGH**
Purchaser:      **RICHARD S SINGH**
Purchaser Account:  **8599794206**
Operator I.D.:      **ms390000**          **ms700000**
Funding Source:    **Paper Items(s)**

**April 12, 2018**

PAY TO THE ORDER OF    ***PILGER TITLE ***

***One hundred forty-two thousand dollars and no cents***                    **\*\*$142,000.00\*\***

Payee Address:

Memo:

**WELLS FARGO BANK, N.A.**
1701 BIENVILLE BLVD
OCEAN SPRINGS, MS 39564
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND
REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  142,000.00

**NON-NEGOTIABLE**

## Purchaser Copy

FB004   M4203  70146350

# EXHIBIT "E"

# IRS ALLOCATION OF GROSS PROCEEDS

Under current IRS Regulations, our office is *required* to request from the Transferors (sellers) an allocation (division) of the Gross Proceeds (gross sales price), for ultimate reporting to the IRS using a Form 1099S for each Transferor.  In connection with this request, the undersigned hereby submit the following allocation information:

**Property Address:**    3220 N 10th St., Ocean Springs, MS 39564

| SELLER SIGNATURE | SS # | GROSS ALLOCATIONS (From sales price) | NET PROCEEDS |
|---|---|---|---|
| Preet Paris Sethi | | 100% | $ |
| Richard Sukhwant Singh | | 0% | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | |
| | | | |

It is agreed and understood that PILGER TITLE CO. may reasonably rely on the information and allocation of gross proceeds provided hereon, even if submitted by less than all of the transferors to the transaction.  Each transferor will receive at closing a HUD-1 Settlement Statement which also serves as a Substitute 1099S form.  The actual 1099S record will be transmitted electronically to the IRS and will reflect the above allocated gross proceeds in accordance herewith.

1099ALLO.DOC

# EXHIBIT "F"

American Land Title Association

ALTA Settlement Statement – Combined
Adopted 05-01-2015

**Pilger Title Co.**
**1406 Bienville Blvd., Suite 101**
**Ocean Springs, MS 39564**
**228-215-0011**

| | |
|---|---|
| **File No./Escrow No.:** | O224168N |
| **Print Date & Time:** | September 21, 2022 at 9:43 AM |
| **Officer/Escrow Officer:** | David B. Pilger |
| **Settlement Location:** | Pilger Title Co. |
| | 1406 Bienville Blvd., Suite 101, Ocean Springs, MS 39564 |
| **Property Address:** | 3220 N 10th St., Ocean Springs, MS 39564 |
| | Lot 8, Blk 36, Gulf Park Estates S/D, Unit 4B, Jackson County, Mississippi |
| **Borrower:** | Brandon Scott |
| **Seller:** | Preet Paris Sethi and Richard Sukhwant Singh |
| **Lender:** | Keesler Federal Credit Union |
| **Settlement Date:** | September 22, 2022 |
| **Disbursement Date:** | September 22, 2022 |

| Seller | | Description | | Borrower/Buyer | |
|---|---|---|---|---|---|
| **Debit** | **Credit** | | | **Debit** | **Credit** |
| | | **Financial** | | | |
| | 250,000.00 | Sale Price of Property | | 250,000.00 | |
| | | Deposit including earnest money | | | 500.00 |
| | | Loan Amount | | | 253,750.00 |
| | | **Prorations/Adjustments** | | | |
| 726.03 | | County Taxes from 01/01/22 to 09/22/22 | | | 726.03 |
| | | Simultaneous Issue Rebate | | | 662.00 |
| | | **Loan Charges to Keesler Federal Credit Union** | | | |
| | | Origination Fee | | 2,500.00 | |
| | | Processing Fee | | 150.00 | |
| | | Credit Report | | 34.30 | |
| | | Flood Determination Fee | | 9.50 | |
| | | Home Buyer Advantage Funding Fee | | 3,750.00 | |
| | | Prepaid Interest | | 388.55 | |
| | | 43.17 per day from 09/22/22 to 10/01/22 | | | |
| | | **Other Loan Charges** | | | |
| | | Appraisal Fee | | | |
| | | Borrower Paid before closing 550.00 | | | |
| 69.55 | | Pest Inspection | A&M Pest Management, LLC | | |
| | | **Impounds** | | | |
| | | Homeowner's Insurance | | 479.49 | |
| | | 159.83 per month for 3 mo. | | | |
| | | Property Taxes | | 1,800.00 | |
| | | 150.00 per month for 12 mo. | | | |
| | | Aggregate Adjustment | | -479.49 | |
| | | **Title Charges** | | | |
| | | Title – Lender's title insurance | Old Republic National Title Insurance Co | 762.00 | |
| | | Title – Owner's title insurance (optional) | Old Republic National Title Insurance Co | 1,116.00 | |
| | | Title – Abstract/Exam | Pilger Title Co. | 245.00 | |
| | | Title – Closing Protection Letter | Old Republic National Title Insurance Co | 50.00 | |
| | | Title – Courier/Express Mail | Pilger Title Co. | 65.00 | |
| | | Title – Document Prep Fee | Pilger Title Co. | 175.00 | |
| 90.00 | | Title – Mailout Fee | Pilger Title Co. | | |
| | | Title – Settlement or closing fee | Pilger Title Co. | 350.00 | |
| | | Title – Title Insurance Binder | Pilger Title Co. | 200.00 | |
| | | Title – Wire Fee | Pilger Title Co. | 25.00 | |

ALTA Settlement Statement – Combined – Continued

| Seller | | Description | | Borrower/Buyer | |
|---|---|---|---|---|---|
| Debit | Credit | | | Debit | Credit |
| | | **Commission** | | | |
| 7,500.00 | | Real Estate Commission | Coldwell Banker Smith Homes | | |
| 4,650.00 | | Real Estate Commission | Berkshire Hathaway HomeServices Sha | | |
| 2,850.00 | | Referral Fee | BGRS, LLC | | |
| | | Referral Fee from Agent Commission | | | |
| | | | | | |
| | | **Government Recording and Transfer Charges** | | | |
| | | Record Deed | Chancery Clerk of Jackson County | 26.00 | |
| | | Record Trust/Deed Mortgage | Chancery Clerk of Jackson County | 33.00 | |
| | | | | | |
| | | **Payoff(s)** | | | |
| 50,044.28 | | Payoff of First Mortgage Loan | Regions | | |
| | | as of 09/22/22 | | | |
| | | Principal Balance $50,044.28 | | | |
| | | | | | |
| | | **Other Charges** | | | |
| | | Homeowner's Insurance Premium | | 1,918.00 | |
| 289.20 | | Invoice Payment | Joanna Alfaro | | |

| Seller | | | | Borrower/Buyer | |
|---|---|---|---|---|---|
| Debit | Credit | | | Debit | Credit |
| 66,219.06 | 250,000.00 | | Subtotals | 263,597.35 | 255,638.03 |
| | | | Due From Borrower | | 7,959.32 |
| 183,780.94 | | | Due To Seller | | |
| 250,000.00 | 250,000.00 | | **TOTALS** | 263,597.35 | 263,597.35 |

# EXHIBIT "G"

# Property Listing History



CoreLogic

**LAST MARKET SALES**

| | |
|---|---|
| Recording Date: 09/23/2022 | Sale Type: ESTIMATED |
| Sale Date: 09/17/2022 | Assessed Value: $136,046 |
| Sale Price: $317,187 | Tax Amount: $964 |

**PROPERTY SITE & LOCATION INFORMATION**

| | |
|---|---|
| Legal Description: LOT 8 BLK 36 GULF PARK EST S/D PB 4-4 DB 1883-143 (64 MAP787.35-04) | |
| Census Tract: 040902 | APN County: 0-54-03-009.100 JACKSON |
| Land Use: SFR | Sub-Division: GULF PARK ESTATE SUB |
| Zoning: | School District: |

**OWNER INFORMATION**

| | |
|---|---|
| Owner 1: SCOTT BRANDON J | Owner's Phone: |
| Owner 2: | DMA No Call Flag: |
| Owner's Mailing address: 3220 N 10TH ST, OCEAN SPRINGS, MS 39564 | |

Copyright © 2022 CoreLogic, Inc. All Rights Reserved.    Property Listing History Report | Page 2 of 4

# Property Detail Report

For Property Located At :
**3220 N 10TH ST, OCEAN SPRINGS, MS 39564-9377**



| Owner Information | | | |
|---|---|---|---|
| Owner Name: | **SCOTT BRANDON J** | | |
| Mailing Address: | **3220 N 10TH ST, OCEAN SPRINGS MS 39564-9377 R022** | | |
| Vesting Codes: | // | | |

| Location Information | | | |
|---|---|---|---|
| Legal Description: | **LOT 8 BLK 36 GULF PARK EST S/D PB 4-4 DB 1883-143 (64 MAP787.35-04)** | | |
| County: | JACKSON, MS | APN: | 0-54-03-009.100 |
| Census Tract / Block: | 409.02 / 2 | Alternate APN: | 787.35-04-0064.00 |
| Township-Range-Sect: | 35-7S-8W | Subdivision: | GULF PARK ESTATE SUB |
| Legal Book/Page: | | Map Reference: | / |
| Legal Lot: | 8 | Tract #: | |
| Legal Block: | 36 | School District: | |
| Market Area: | | School District Name: | |
| Neighbor Code: | | Munic/Township: | GULF PARK ESTATES |

| Owner Transfer Information | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

| Last Market Sale Information | | | |
|---|---|---|---|
| Recording/Sale Date: | 09/23/2022 / 09/17/2022 | 1st Mtg Amount/Type: | $253,750 / CONV |
| Sale Price: | $317,187 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | ESTIMATED | 1st Mtg Document #: | 3941-31 |
| Document #: | 2091-853 | 2nd Mtg Amount/Type: | / |
| Deed Type: | WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $188.58 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | 88917 | | |
| Lender: | KEESLER FCU | | |
| Seller Name: | SETHI PREET P | | |

| Prior Sale Information | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | / | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | | | |

| Property Characteristics | | | | | |
|---|---|---|---|---|---|
| Gross Area: | | Parking Type: | | Construction: | |
| Living Area: | 1,682 | Garage Area: | | Heat Type: | ELECTRIC BASEBOARD |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | BRICK VENEER |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | | Basement Area: | | Patio Type: | |
| Bedrooms: | | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 2 / | Basement Type: | | Air Cond: | YES |
| Year Built / Eff: | 2018 / | Roof Type: | HIP | Style: | |
| Fireplace: | Y / 1 | Foundation: | SLAB | Quality: | |
| # of Stories: | 1 | Roof Material: | SHINGLE | Condition: | AVERAGE |
| Other Improvements: | | | | | |

| Site Information | | | | | |
|---|---|---|---|---|---|
| Zoning: | | Acres: | 0.26 | County Use: | |
| Lot Area: | 11,326 | Lot Width/Depth: | x | State Use: | ONE FAMILY UNIT (1110) |
| Land Use: | SFR | Res/Comm Units: | / | Water Type: | |
| Site Influence: | | | | Sewer Type: | |

| Tax Information | | | | | |
|---|---|---|---|---|---|
| Total Value: | $135,279 | Assessed Year: | 2024 | Property Tax: | $1,470.68 |
| Land Value: | $17,850 | Improved %: | 87% | Tax Area: | 5065 |
| Improvement Value: | $117,429 | Tax Year: | 2024 | Tax Exemption: | HOMESTEAD |
| Total Taxable Value: | | | | | |

# Transaction History Report
For Property Located At



## 3220 N 10TH ST, OCEAN SPRINGS, MS 39564-9377

### TRANSACTION HISTORY

**History Record #:** **1**
**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **09/23/2022** | Sale Price: | **$317,188** |
| Sale Date: | **09/17/2022** | Sale Price Type: | **ESTIMATED** |
| Rec. Document #: | 2091-853 | Multi/Split Sale: | |
| Document Type: | **WARRANTY DEED** | Other Document #: | |
| Title Company: | 88917 | | |
| Buyer: | **SCOTT BRANDON J** | | |
| Seller: | **SETHI PREET P** | | |

**Finance:**

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **09/23/2022** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 3941-31 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | Mtg Term: | **30 YEARS** |
| Lender: | **KEESLER FCU** | Mtg Rate: | |
| Loan Amount: | **$253,750** | Borrower Vesting: | **UN / /** |
| ARM Rider Indicator: | | Pre-payment Penalty Indicator: | |
| Initial Rate Reset Cap: | | Interest Only Indicator: | |
| Payment Option Indicator: | | Negative Amortization Indicator: | |
| ARM Rate Change Frequency: | | ARM Index Type: | |
| ARM Maximum % Rate: | | ARM Initial Rate Change Date: | |
| ARM Rate Change Margin: | | ARM Rate Change Limit: | |
| ARM Rate Change Interval: | | ARM Payment Change Date: | |
| Borrower 1: | **SCOTT BRANDON J** | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #:** **2**
**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **04/18/2018** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 1883-143 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **SETHI PREET P** | | |
| Seller: | **OWNER RECORD** | | |

**History Record #:** **3**
**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **07/07/2017** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 1856-145 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **MAPLES CUSTOM HOMES LLC** | | |
| Seller: | **OWNER RECORD** | | |

# Legal & Vesting Report

For Property Located At

CoreLogic RealQuest

## 3220 N 10TH ST, OCEAN SPRINGS, MS 39564-9377

### LEGAL

In the County of **Jackson**, State of **Mississippi**

| | |
|---|---|
| Assessed Owner: | **BRANDON J SCOTT** |
| Legal Description: | **A PARCEL OF LAND LOCATED IN THE STATE OF MISSISSIPPI, COUNTY OF JACKSON, WITH A SITUS ADDRESS OF 3220 N 10TH ST, OCEAN SPRINGS, MS 39564-9377 CURRENTLY OWNED BY SCOTT BRANDON J HAVING A TAX ASSESSOR NUMBER OF 0-54-03-009.100 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS LOT 8 BLK 36 GULF PARK EST S/D PB 4-4 DB 1883-143 (64 MAP787.35-04) AND DESCRIBED IN DOCUMENT NUMBER 2091-853 DATED 09/17/2022 AND RECORDED 09/23/2022.** |
| Legal Description (Short): | **LOT 8 BLK 36 GULF PARK EST S/D PB 4-4 DB 1883-143 (64 MAP787.35-04)** |

| | | | |
|---|---|---|---|
| Subdivision: | **GULF PARK ESTATE SUB** | Legal Block/Bldg: | **36** |
| Legal Book/Page: | | Legal Lot/Unit: | **8** |
| Assessor's Parcel #: | **0-54-03-009.100** | | |

### PROPERTY ADDRESS

**3220 N 10TH ST**
**OCEAN SPRINGS, MS 39564**

### MAILING ADDRESS

**3220 N 10TH ST**
**OCEAN SPRINGS MS 39564-9377 R022**

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Tax Year: | **2024** | Property Tax: | **$1,470.68** |
| Assessed Year: | **2024** | Total Value: | **$135,279** |
| Tax Rate Area: | **5065** | Land Value: | **$17,850** |
| Delinquent Tax Year: | | Improvement Value: | **$117,429** |
| Exemption: | **HOMESTEAD** | % Improved: | **87%** |

### TRANSACTION HISTORY

History Record #: **1**

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **09/23/2022** | Sale Price: | **$317,188** |
| Sale Date: | **09/17/2022** | Sale Price Type: | **ESTIMATED** |
| Rec. Document #: | 2091-853 | Multi/Split Sale: | |
| Document Type: | **WARRANTY DEED** | Other Document #: | |
| Title Company: | 88917 | | |
| Buyer: | **SCOTT BRANDON J** | | |
| Seller: | **SETHI PREET P** | | |

**Finance:**

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **09/23/2022** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 3941-31 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | Mtg Term: | **30 YEARS** |
| Lender: | **KEESLER FCU** | Mtg Rate: | |
| Loan Amount: | **$253,750** | Borrower Vesting: | **UN / /** |
| ARM Rider Indicator: | | Pre-payment Penalty Indicator: | |
| Initial Rate Reset Cap: | | Interest Only Indicator: | |
| Payment Option Indicator: | | Negative Amortization Indicator: | |
| ARM Rate Change Frequency: | | ARM Index Type: | |
| ARM Maximum % Rate: | | ARM Initial Rate Change Date: | |
| ARM Rate Change Margin: | | ARM Rate Change Limit: | |
| ARM Rate Change Interval: | | ARM Payment Change Date: | |
| Borrower 1: | **SCOTT BRANDON J** | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

---

History Record #: **2**

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **04/18/2018** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 1883-143 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **SETHI PREET P** | | |
| Seller: | **OWNER RECORD** | | |

---

History Record #: **3**

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **07/07/2017** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 1856-145 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **MAPLES CUSTOM HOMES LLC** | | |
| Seller: | **OWNER RECORD** | | |

## Voluntary Lien Report
For Property Located At



### 3220 N 10TH ST, OCEAN SPRINGS, MS 39564-9377

APN: **0-54-03-009.100**
Block: **36**    Lot: **8**
### Summary of Transactions

| RecDate # | Doc Type | Doc # | Buyer/Borrower | Seller | Lender | Orig Doc # |
|---|---|---|---|---|---|---|
| 1 09/23/2022 | WARRANTY DEED | 2091-853 | SCOTT BRANDON J | SETHI PREET P | | |
| 09/23/2022 | DEED OF TRUST | 3941-31 | SCOTT BRANDON J | | KEESLER FCU | |
| 2 04/18/2018 | DEED (REG) | 1883-143 | SETHI PREET P | OWNER RECORD | | |
| 3 07/07/2017 | DEED (REG) | 1856-145 | MAPLES CUSTOM HOMES LLC | OWNER RECORD | | |

### Transaction Details

| | |
|---|---|
| History Record #: | **1** |

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **09/23/2022** | Sale Price: | **$317,188** |
| Sale Date: | **09/17/2022** | Sale Price Type: | **ESTIMATED** |
| Rec. Document #: | 2091-853 | Multi/Split Sale: | |
| Document Type: | **WARRANTY DEED** | Other Document #: | |
| Title Company: | 88917 | | |
| Buyer: | **SCOTT BRANDON J** | | |
| Seller: | **SETHI PREET P** | | |

**Finance:**

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **09/23/2022** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | 3941-31 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | Mtg Term: | **30 YEARS** |
| Lender: | **KEESLER FCU** | Mtg Rate: | |
| Loan Amount: | **$253,750** | Borrower Vesting: | **UN / /** |
| ARM Rider Indicator: | | Pre Payment Penalty Indicator: | |
| Initial Rate Reset Cap: | | Interest Only Indicator: | |
| Payment Option Indicator: | | Negative Amortization Indicator: | |
| ARM Rate Change Frequency: | | ARM Index Type: | |
| ARM Maximum Percentage Rate: | | ARM Initial Rate Change Date: | |
| ARM Rate Change Margin: | | ARM Rate Change Limit: | |
| ARM Rate Change Interval: | | ARM Payment Change Date: | |
| Borrower 1: | **SCOTT BRANDON J** | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

| | |
|---|---|
| History Record #: | **2** |

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **04/18/2018** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 1883-143 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **SETHI PREET P** | | |
| Seller: | **OWNER RECORD** | | |

| | |
|---|---|
| History Record #: | **3** |

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | **07/07/2017** | Sale Price: | |
| Sale Date: | | Sale Price Type: | |
| Rec. Document #: | 1856-145 | Multi/Split Sale: | |
| Document Type: | **DEED (REG)** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **MAPLES CUSTOM HOMES LLC** | | |
| Seller: | **OWNER RECORD** | | |

### Recording Information for JACKSON, MS

| | Sales | Mortgages | Assignments | Releases | Foreclosures |
|---|---|---|---|---|---|
| **History Start Date** | 04/03/1947 | 08/13/2013 | 08/12/2025 | 01/02/2020 | 06/01/2011 |
| **Rec. thru. Date** | 08/29/2025 | 08/26/2025 | 08/26/2025 | 08/26/2025 | 08/12/2025 |